<a>
</a>
<p><s>Case 3:05-cr-00402-WQH     Document 1     Filed 02/07/05     PageID.1     Page 1 of 4</s></p>

USDC SCAN INDEX SHEET

















```
JBF    2/7/05    9:36
3:05-M -00205   USA V. ROMAN
*1*
*CRCMP.*
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

05 FEB -7 AM 9:35

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Michelle ROMAN | Magistrate's Case No. '05 0205<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about February 6, 2005, within the Southern District of California, defendant Michelle ROMAN did knowingly and intentionally import approximately 88.50 kilograms (194.7 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Special Agent
Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence, this ___ day of _____, 2005.

United States Magistrate Judge

Page 1

United States of America
   VS.
Michelle Roman

## PROBABLE CAUSE STATEMENT

On February 6, 2005, at approximately 2130 hours, Michelle ROMAN entered the United States from the Republic of Mexico at the San Ysidro, CA, Port of Entry (POE). ROMAN was the driver, Perla Y. PEREYRA and juvenile male were the passengers of a 2004 Jeep Cherokee bearing license CAUS/5JKS338 plates towing a trailer. At primary inspection, Customs and Border Protection Officer (CBPO) Gabriella Haskell was working pre-primary operations at the San Ysidro, CA, POE. CBPO Haskell approached a 2004 Jeep Cherokee driven by ROMAN and carrying two passengers, PEREYRA and Juvenile. ROMAN stated that the car belonged to her and that she went to Mexico for fun. CBPO Haskell obtained two negative Customs declarations and further asked what was in the trailer. ROMAN stated that there was a motorcycle in the trailer. CBPO Haskell referred the vehicle for secondary inspection.

In the secondary inspection area, CBPO Haskell had the juvenile open the trailer door. CBPO Haskell noticed a discrepancy in the back wall of the trailer and that the entire inside of the trailer appeared to be re-done. CBPO Haskell asked ROMAN if any repairs or changes had been done to the trailer, and she gave a negative answer. CBPO Haskell used a density reader on the walls of the trailer and obtained an abnormally high reading. CBPO Haskell requested Canine Enforcement Officer (CEO) Drivedahl to utilize his Narcotic Detector Dog (NDD) to screen the vehicle. The NDD alerted and indicated toward the front part of the trailer. CBPO Haskell and CEO Drivedahl discovered a non-factory compartment in the back of the trailer. After removing a piece of wood from the wall, packages were discovered.

CBPO Robert Kapczynski was assigned the further inspection of the vehicle. CBPO Kapczynski noticed several packages in the back wall compartment of the vehicle. CBPO Kapczynski probed one

package and extracted a green leafy substance that field tested presumptive positive for marijuana. A total of forty-five packages were found containing 88.50 kilograms of marijuana.

At approximately 0050 hours, Immigration and Customs Enforcement (ICE) Special Agent (SA) Juan Zatarain began the interview process with ROMAN by filling out DEA Form 202, asking ROMAN biographical and health questions. At approximately 0100 hours, SA Zatarain advised ROMAN of her constitutional right per Miranda in the presence of SA Rocky Porter. ROMAN stated she understood her rights and then read and signed the waiver of rights form. ROMAN was willing to provide a statement. ROMAN stated that she was going to get paid $5000 for the smuggling venture.